UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCO INDUSTRIES, INC.

Plaintiff,

-v-

NEW YORK WINE CO. LLC, ROBERT ALLEN, and, DERRICK MIZE

Defendant.

Case No. 1:08-cv-01999-PKC

**Rule 7.1 Statement**

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Plaintiff, ARCO INDUSTRIES, INC.     (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

(None)

Date: February 27, 2007

Signature of Attorney

Attorney Bar Code: GT3737

Form Rule7_1.pdf  SDNY Web 10/2007