OUR FILE NO.: 100.144460

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ARCO INDUSTRIES, INC.,                          1:08-cv-01999-PKC

                    Plaintiff,                       **RULE 7.1 STATEMENT**

     -against-

NEW YORK WINE CO., LLC, ROBERT ALLEN
and DERRICK MIZE,

                    Defendants.
-------------------------------------------------------------------x

**S I R S:**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant, NEW YORK WINE CO., LLC, certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: None.

Dated:      New York, New York
            April 2, 2008

                                      Yours, etc.

                                      CALLAN, KOSTER, BRADY & BRENNAN, LLP

                          By: _____
                                    MICHAEL P. KANDLER (MPK) 8683)
                                    Attorneys for Defendants
                                    NEW YORK WINE CO., LLC, ROBERT
                                    ALLEN and DERRICK MIZE
                                    One Whitehall Street, 10th Flor
                                    New York, New York  10004
                                    (212) 248-8800

TO:    Gordon E. R. Troy, PC
        Attorney for Plaintiff
        ARCO INDUSTRIES, INC.
        333 Lake Road
        P.O. Box 368
        Charlotte, VT 05445
        (802) 425-9060

CALLAN, KOSTER, BRADY & BRENNAN, LLP

*Index No.* 1:08-cv-01999-PKC   *Year 20*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ARCO INDUSTRIES, INC.,

Plaintiff,

- against -

NEW YORK WINE CO., LLC, ROBERT ALLEN and DERRICK MIZE,

Defendants.

## RULE 7.1 STATEMENT and ANSWER

*Attorneys for* CALLAN KOSTER, BRADY & BRENNAN, LLP
DEFENDANTS

ONE WHITEHALL STREET
NEW YORK, NEW YORK 10004
212-248-8800

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

*Dated:* ............................................   Signature...............................................................................................

Print Signer's Name.................................................................................................

*Service of a copy of the within*                                                                                                      *is hereby admitted.*

*Dated:*

..............................................................
*Attorney(s) for*

**PLEASE TAKE NOTICE**

☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                                                      20

☐ NOTICE OF SETTLEMENT
that an Order of which the within is a true copy will be presented for settlement to the Hon.                                      one of the judges of the within named Court,
at
on                              20         , at              M.

*Dated:*

CALLAN, KOSTER, BRADY & BRENNAN, LLP
*Attorneys for*