# GORDON E. R. TROY, PC

802 425-9060
802 425-9061 Fax
gtroy@webtm.com
http://www.webtm.com

Attorney at Law
3333 Lake Road
PO Box 368
Charlotte, VT 05445

Admitted in:
Vermont, Illinois,
New York, and
District of Columbia

**MEMO ENDORSED**

*Practice Exclusively in the area of Intellectual Property Law and Information Technology Matters*

September 4, 2008

Drew D'Agostino, Courtroom Deputy Clerk
Case Manager Hon. P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12-C
New York, NY 10007

Re:  Arco Industries/ New York Wine Warehouse
     v. New York Wine Co. LLC
     Case No. 1:08-cv-01999-PKC

Dear Mr. D'Agostino:

The parties to the above lawsuit are in the process of negotiating and finalizing a settlement agreement which is intended to lead to the dismissal of the case. Accordingly, the parties request that the Case Management Conference scheduled for tomorrow, September 5, 2008, be either rescheduled or deferred for a minimum of thirty (30) days while the parties seek to complete and finalize their negotiations.

Respectfully submitted,
GORDON E. R. TROY, PC

By: _____
    Gordon E. R. Troy, Esq.

cc:  Michael P. Kandler, Esq., Callan, Koster, Brady & Brennan, LLP

*[Handwritten endorsement:] Conference adjourned from September 5 to September 26, 2008 at 11:30am. SO ORDERED. [signature] USDJ 9-4-08*

*[Stamp:] USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 9/4/08*